IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CR-26-D
No. 2:13-CV-57-D

| | |
|---|---|
| DONCELIUS ANTAY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On September 19, 2013, Doncelius Antay Williams ("Williams") filed a motion under 28 U.S.C. § 2255 alleging, among other claims, that his former attorney provided ineffective assistance of counsel by failing to file a notice of appeal after Williams's sentencing hearing. See [D.E. 31]. On May 16, 2014, the court rejected all of Williams's claims except the claim concerning counsel's alleged failure to file a notice of appeal and ordered an evidentiary hearing. See [D.E. 43]. On September 11, 2015, Williams, through counsel, notified the court that he seeks to withdraw his one remaining claim. See [D.E. 56].

Williams's motion to withdraw [D.E. 56] is GRANTED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c). The clerk shall close the case.

SO ORDERED. This 15 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge